No. 95–7147. NAVARRO v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 95–7153. CAMPBELL v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 95–7182. MAGANTE v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 95–7231. CUSTODIO v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 95–7257. ALCONES v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 95–7263. MAGLALANG v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 95–7320. TAYLOR v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 95–7321. DELA REA v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 95–7330. GRANT-CHASE v. NEW HAMPSHIRE. Sup. Ct. N. H. Certiorari denied.

No. 95–7366. OWENS v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 95–7389. CORONEL v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 95–7442. PALO v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 95–7450. MAYO v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.